FILED: May 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1525
(1:20-cv-00595-CCB)

_____

EDWIN EUGENE BELL, JR.; MIRANDA CISNEROS BELL

      Debtors - Appellants

v.

DYCK-O'NEAL, INC.

      Creditor - Appellee

and

ROBERT S. THOMAS, II

      Trustee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:20-cv-00595-CCB |
| Date notice of appeal filed in originating court: | 05/09/2022 |
| Appellants | Edwin Bell, Jr. and Miranda Cisneros Bell |
| Appellate Case Number | 22-1525 |
| Case Manager | Anisha Walker<br>804-916-2704 |