**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 19, 2022

_____

No. 22-1525
(1:20-cv-00595-CCB)

_____

EDWIN EUGENE BELL, JR.; MIRANDA CISNEROS BELL

    Debtors - Appellants

v.

DYCK-O'NEAL, INC.

    Creditor - Appellee

and

BRIAN ANDREW TUCCI

    Trustee

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Anisha Walker, Deputy Clerk
804-916-2704